Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Kenneth Scott,
Plaintiff

v.

Daniel Cambisi
both individually and in his official capacity as a Monroe County Deputy Jailor,
Defendant

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-6388

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the case is dismissed without prejudice, the judgment is in favor of Daniel Cambisi.

Date: March 1, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk